UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. NYO HILA,<br><br>　　　　　Defendant. | No. 2:23-cv-3055 CSK P<br><br><br>ORDER |

Defendant filed a request to opt out of the Post-Screening ADR Project. (ECF No. 14.) In the request, defendant also seeks to extend the deadline to file a responsive pleading to thirty days after the stay is lifted. (Id.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 14) is granted; the stay of this case is lifted; and

2. Defendant shall file a response to plaintiff's complaint thirty days after the stay is lifted.

Dated: April 29, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Dar3055.opt 2

1