UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. NYO HILO,<br><br>   Defendant. | No. 2:23-cv-3055 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for appointment of counsel to represent plaintiff at a settlement conference. (ECF No. 13.) Plaintiff requests appointment of counsel because he speaks French/Creole and is not able to "articulate the issue" in English. (Id.) For the reasons stated herein, plaintiff's motion is denied.

On March 26, 2024, the court referred this action to the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 11.) On April 25, 2024, defendant filed a request to opt out of the Post-Screening ADR Project. (ECF No. 14.) In this request, defendant stated that he did not believe a settlement conference would be productive at this time. (Id.) On April 29, 2024, this court granted defendant's request to opt out of the Post-Screening ADR Project and ordered defendant to file a response to plaintiff's complaint within thirty days. (ECF No. 15.)

///

1

No settlement conference will be set at this time because this court granted defendant's request to opt out of the Post-Screening ADR Project. For this reason, plaintiff's motion for appointment of counsel to represent him at a settlement conference is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (ECF No. 13) is denied.

Dated: April 30, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Dar3055.den