1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEAN-MAX DARBOUZE,                          No.  2:23-cv-3055 CSK P

12                     Plaintiff,

13            v.                                   ORDER

14    DR. NYO HLA,

15                     Defendant.

16

17          On September 24, 2024, defendant filed a motion for summary judgment pursuant to

18    Federal Rule of Civil Procedure 56.  Plaintiff did not oppose the motion.

19          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21    the granting of the motion . . . ."  Local Rule 230(l).  On June 5, 2024 and September 24, 2024,

22    plaintiff was advised of the requirements for filing an opposition to a motion and that failure to

23    oppose such a motion may be deemed a waiver of opposition to the motion.  See Woods v. Carey,

24    684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc).

25          Rule 41(b) of the Federal Rules of Civil Procedure provides:

26                  **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
                to comply with these rules or a court order, a defendant may move to
27                  dismiss the action or any claim against it.  Unless the dismissal order
                states otherwise, a dismissal under this subdivision (b) and any
28                  dismissal not under this rule—except one for lack of jurisdiction,

1

1    improper venue, or failure to join a party under Rule 19—operates as
     an adjudication on the merits.

2

3    Fed. R. Civ. P. 41(b).

4         Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date

5    of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.

6    Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack

7    of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules

8    and a court order.  Said failure shall result in a recommendation that this action be dismissed

9    pursuant to Federal Rule of Civil Procedure 41(b).

10

11   Dated:  October 28, 2024

12   _____

     CHI SOO KIM

13   UNITED STATES MAGISTRATE JUDGE

14

15

16   Dar3055.nop

17   2

18

19

20

21

22

23

24

25

26

27

28

                                    2