UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>                    Plaintiff,<br><br>            v.<br><br>DR. NYO HLA,<br><br>                    Defendant. | No.  2:23-cv-3055 CSK P<br><br><br>ORDER |

On September 24, 2024, defendant filed a motion for summary judgment.  (ECF No. 19.)  Plaintiff did not oppose the motion.  Accordingly, on October 28, 2024, this Court granted plaintiff thirty days to file an opposition.  (ECF No. 23.)  In the October 28, 2024 order, this Court warned plaintiff that failure to file an opposition would result in a recommendation that this action be dismissed for lack of prosecution.  (Id.)  Pursuant to the mailbox rule, on October 23, 2024, plaintiff filed a motion for a thirty day extension of time to file an opposition to defendant's summary judgment motion.  (ECF No. 24.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The October 28, 2024 order (ECF No. 23) is vacated;

2. Plaintiff's motion for an extension of time (ECF No. 24) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's summary judgment motion.

1

| | |
|---|---|
| Dated: November 1, 2024 | _____<br>CHI SOO KIM<br>UNITED STATES MAGISTRATE JUDGE |

Dar3055.36

2