IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEAN-MAX DARBOUZE,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**MALET,**<br><br>                          Defendant. | Case No. 2:23-cv-03055 CSK P<br><br>**ORDER** |

On April 30, 2025, Defendant Dr. Malet filed a motion to opt out of the Post-Screening ADR Project. (ECF No. 36.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Dr. Malet's motion to opt out of the Post-Screening ADR Project (ECF No. 36) is granted;

2. The stay of this action is lifted; and

3. Within thirty days of the date of this order, defendant Dr. Malet shall file a response to plaintiff's amended complaint.

Dated:  05/01/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Dar3055.opt(2)/2

1

[Proposed] Order (2:23-cv-03055 CSK)