UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. GREG MALET,<br><br>　　　　Defendant. | No.  2:23-cv-03055 CSK P<br><br><br>ORDER |

Plaintiff filed a motion for an extension of time to file an opposition to defendant's summary judgment motion.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 44) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's summary judgment motion.

Dated:  October 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Darb3055.36/2

1