UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE, | No. 2:23-cv-3055 DC CSK P |
| Plaintiff, | |
| v. | ORDER |
| DR. GREG MALET, | |
| Defendant. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is plaintiff's motion to resubmit medical records. (ECF No. 50.)  For the following reasons, plaintiff's motion is granted but the medical records attached to plaintiff's motion are disregarded.

    On December 11, 2025, this Court recommended that defendant's motion for partial summary judgment on the grounds that plaintiff failed to exhaust administrative remedies be granted.  (ECF No. 49.)  In the pending motion, plaintiff claims that he previously attempted to file medical records, apparently in support of his opposition to defendant's motion for partial summary judgment, that exceeded the court's filing page limits.  (ECF No. 50 at 1.)  Plaintiff claims that the court returned approximately 430 pages of medical records to plaintiff.[1]  (Id.)

---

[1] The court docket contains no reference to the alleged return of medical records to plaintiff.

1

1  Plaintiff claims that the medical records attached to the pending motion are material and relevant
2  to plaintiff's Eighth Amendment claim. (Id.) Plaintiff requests that he be allowed to file the
3  medical records attached to the pending motion. (Id.)
4      Plaintiff is allowed to file the medical records attached to the pending motion. However,
5  the medical records attached to the pending motion are not relevant to whether plaintiff
6  administratively exhausted the claims addressed in defendant's motion for partial summary
7  judgment. For this reason, these medical records are disregarded.
8      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to resubmit medical
9  records (ECF No. 50) is granted; the medical records attached to plaintiff's motion are
10 disregarded.

12 Dated: January 7, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

18 Darb3055.den/2

2